**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| *In re HVAC Equipment Antitrust Litigation* | Case No. 2:26-cv-10949<br><br>Hon. Susan K. DeClercq |

## STIPULATION AND PROPOSED ORDER REGARDING DEFENDANTS' RESPONSE TO THE COMPLAINT

Pursuant to Rules 4, 12, 16, and 26 of the Federal Rules of Civil Procedure, Plaintiff Alyssa Berg and Defendants Carrier Global Corporation, Viessmann Manufacturing Co. (U.S.), Inc., Daikin Applied Americas Inc., Daikin Comfort Technologies North America, Inc, Rheem Manufacturing Company, Heat Transfer Products Group, LLC, Lennox International Inc., Allied Air Enterprises LLC, Lennox Industries Inc., Robert Bosch LLC, JC Residential and Light Commercial LLC, Johnson Controls-Hitachi Air Conditioning North America LLC, AAON, Inc. (Nevada), AAON, Inc. (Oklahoma), AAON Coil Products, Inc., BASX, Inc., Trane U.S. Inc., and Mitsubishi Electric Trane HVAC US (collectively, the "Stipulating Defendants," and collectively with Plaintiff, the "Stipulating Parties") stipulate and move as follows.

## <u>PROCEDURAL HISTORY</u>

1.     On April 16, 2026, the Court issued a Stipulated Order extending the time for Stipulating Defendants to answer the complaint or respond by motion, including pursuant to Rule 12 of the Federal Rules of Civil Procedure, until April 29, 2026.  *See* ECF No. 45.

2.     Since April 16, 2026, three additional cases have been filed in this District that relate to the same subject matter and assert substantially similar claims as those in the above-referenced actions. The complaints were filed in these additional cases on April 20, 2026 in *Richard Isom, et al., v. Trane Technologies plc, et al.*, No. 2:26-cv-11294-RJW-APP (E.D. Mich.) ("*Isom*"), April 21, 2026 in *Precision Plumbing, Electric, Heating & Cooling Inc., et al., v. Robert Bosch LLC, et al.*, No. 2:26-cv-11316-SKD-EAS (E.D. Mich.) ("*Precision Plumbing*"), and April 22, 2026 in *Safford's Heating, Cooling, and Refrigeration, et al., v. Robert Bosch, LLC, et al.*, No. 2:26-cv-11341-SKD-APP (E.D. Mich.) ("*Safford's Heating*").

3.     On April 21, 2026, the Court granted Plaintiff's unopposed motion to appoint Lockridge Grindal Nauen PLLP, Hagens Berman Sobol Shapiro LLP, and The Miller Law Firm, P.C. as Interim Co-Lead Class Counsel in the above-referenced action.  *See* ECF No. 49.  In that Order, the Court directed Interim Co-Lead Class Counsel to coordinate with the counsel of other plaintiffs as appropriate and coordinate the activities of their respective plaintiffs during the pretrial

proceedings.  Accordingly, Interim Co-Lead Class Counsel has been coordinating with counsel for the plaintiffs in *Isom*, *Precision Plumbing*, and *Safford's Heating*.

4.      Plaintiff, Stipulating Defendants, and the plaintiffs in *Isom*, *Precision Plumbing*, and *Safford's Heating* have been meeting and conferring regarding the coordination of these proceedings and are working to submit to the Court by May 6, 2026 a joint stipulation that includes agreements for waiver of service, a briefing schedule for Defendants' responses to the complaints, and other matters to create efficiencies for the Court and the parties.

## DEFENDANTS' RESPONSE DATE

5.      To allow the parties in all four actions time to negotiate the issues identified above, and to present the Court with a proposal for how to proceed, including a date for Defendants to respond to all four complaints, the Stipulating Defendants' deadline for answering or otherwise responding to the complaint in the above-captioned action (*Berg*), including pursuant to Rule 12 of the Federal Rules of Civil Procedure, is hereby extended to **May 6, 2026**.

6.      Except as to the defense of insufficiency of service of process in this action, this Stipulation is entered without waiver of any defense of any Stipulating Defendant, including without limitation defenses based upon lack of personal jurisdiction, subject matter jurisdiction, arbitration, or venue.

3

**IT IS SO ORDERED.**

 */s/ Susan K. DeClercq*
SUSAN K. DECLERCQ
United States District Judge


Dated: May 4, 2026

**STIPULATED BETWEEN:**

Dated: April 29, 2026                     Respectfully submitted,

*s/ Steve W. Berman*                      *s/ Brian D. Clark*
Steve W. Berman                           Brian D. Clark
**HAGENS BERMAN SOBOL SHAPIRO LLP**       Laura M. Matson
455 North Cityfront Plaza Dr., Ste. 2410  Olivia T. Levinson
Chicago, IL 60611                         Madison J. Gaffney
Tel: (708) 628-4949                       **LOCKRIDGE GRINDAL NAUEN PLLP**
steve@hbsslaw.com                         100 Washington Ave. South, Ste. 2200
                                          Minneapolis, MN 55401
                                          Tel: (612) 339-6900
Shana E. Scarlett                         bdclark@locklaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**       lmmatson@locklaw.com
715 Hearst Ave., Ste. 300                 otlevinson@locklaw.com
Berkeley, CA 94710                        mjgaffney@locklaw.com
Tel: (510) 725-3000
shanas@hbsslaw.com
                                          Kyle Pozan
                                          Consuela Abotsi-Kowu
Breanna Van Engelen                       **LOCKRIDGE GRINDAL NAUEN PLLP**
**HAGENS BERMAN SOBOL SHAPIRO LLP**       1165 North Clark St., Ste. 700
1301 Second Ave., Ste. 2000               Chicago, IL 60610
Seattle, WA 98101                         Tel: (312) 470-4333
Tel: (206) 623-7292                       kjpozan@locklaw.com
breannav@hbsslaw.com                      cmabotsi-kowu@locklaw.com

*s/ E. Powell Miller*
E. Powell Miller (P39487)                 Stephen J. Teti
Dennis A. Lienhardt (P81118)              **LOCKRIDGE GRINDAL NAUEN PLLP**
**THE MILLER LAW FIRM, P.C.**             265 Franklin St., Ste. 1702
950 W. University Dr., Ste. 300           Boston, MA 02110
Rochester, MI 48307                       Tel: (617) 456-7701
Tel: (248) 841-2200                       sjteti@locklaw.com
epm@millerlawpc.com
dal@millerlawpc.com


*Interim Co-Lead Class Counsel for End-User Indirect Purchaser Plaintiffs*

5

/s/ Dylan I. Ballard

Michael W. Scarborough**
Dylan I. Ballard**
**VINSON & ELKINS LLP**
555 Mission St., Ste. 2000
San Francisco, CA 94105
Tel.: (415) 979-6900
mscarborough@velaw.com
dballard@velaw.com

Craig P. Seebald**
**VINSON & ELKINS LLP**
2000 Pennsylvania Ave., Ste. 500 W.
Washington, DC 20037
Tel.: (202) 639-6500
cseebald@velaw.com

Max A. Aidenbaum (P78793)
L. Pahl Zinn (P57516)
DICKINSON WRIGHT PLLC
500 Woodward Ave., Ste. 4000
Detroit, MI 48226
Tel : (313) 223-3500
maidenbaum@dickinsonwright.com
pzinn@dickinsonwright.com

*Counsel for AAON, Inc. (Nevada),*
*AAON, Inc. (Oklahoma), AAON Coil*
*Products, Inc., and BASX, Inc.*

/s/ K. Winn Allen

K. Winn Allen
Leah A. Hamlin
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel: (202) 389-5000
winn.allen@kirkland.com

/s/ Mark H. Hamer

Mark H. Hamer
Mark G. Weiss
**BAKER MCKENZIE LLP**
815 Connecticut Ave. N.W.
Washington, DC 20006
Tel: (202) 452-7000
mark.hamer@bakermckenzie.com
mark.weiss@bakermckenzie.com

Howard B. Iwrey (P39635)
**DYKEMA GOSSETT PLLC**
39577 Woodward Ave.
Bloomfield Hills, MI 48304
Tel: (248) 203-0700
hiwrey@dykema.com

Cody D. Rockey (P78653)
**DYKEMA GOSSETT PLLC**
2723 S. State St., Ste. 400
Ann Arbor, MI 48104
Tel: (734) 214-7660
crockey@dykema.com

*Counsel for Robert Bosch LLC; JC*
*Residential and Light Commercial*
*LLC; and Johnson Controls-Hitachi*
*Air Conditioning North America LLC*

/s/ Brian Byrne

Brian Byrne
**CLEARY GOTTLIEB STEEN &**
**HAMILTON LLP**
1841 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 815-4110
bbyrne@cgsh.com

6

leah.hamlin@kirkland.com

Devin S. Anderson
**KIRKLAND & ELLIS LLP**
95 State St.
Salt Lake City, UT 84111
Tel: (801) 877-8100
devin.anderson@kirkland.com

Andrew C. Goetz (P71410)
**MILLER JOHNSON**
500 Woodward Ave., Ste. 3600
Detroit, MI 48226
Tel: (313) 435-2292
goetza@millerjohnson.com

*Counsel for Carrier Global Corp. and Viessmann Manufacturing Co. (U.S.), Inc.*

 /s/ James H. Weingarten
James H. Weingarten
Anastasia Pastan
**MILBANK LLP**
1101 New York Ave. N.W.
Washington, DC 20005
Tel.: (202) 835-7500
jweingarten@milbank.com
apastan@milbank.com

David A. Ettinger
**HONIGMAN LLP**
660 Woodward Ave., Ste. 2290
Detroit, MI 48226
Tel: (313) 465-7368
dettinger@honigman.com

C. Lawrence Malm
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Ave., N.W.
Washington, DC 20037
Tel: (202) 974-1500
lmalm@cgsh.com

Perrin Rynders (P38221)
**VARNUM LLP**
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0355
Tel.: (616) 336-6000
prynders@varnumlaw.com

Mark J. Chasteen (P81936)
**VARNUM LLP**
101 N. Main St., Ste. 525
Ann Arbor, MI 48104
Tel.: (734) 372-2900
mjchasteen@varnumlaw.com

*Counsel for Daikin Comfort Technologies North America, Inc. and Daikin Applied Americas Inc.*

/s/ Mitchell S. Zajac
Colleen M. Lauerman
Jeffrey T. Green
**Green Lauerman Chartered PLLC**
1050 30th St NW
Washington, DC 20007
Tel: (202) 213-9795
colleen@glclaw.net

Mitchell Zajac
Butzel Long
150 W. Jefferson Avenue Suite 100
Detroit, MI 48226

*Counsel for Lennox International, Inc.,*
*Lennox Industries Inc., and Allied Air*
*Enterprises LLC*

 /s/ Michael Brady
Michael E. Martínez
Lauren Norris Donahue
**K&L GATES LLP**
70 W. Madison St., Ste. 3300
Chicago, IL 60602
Tel: (312) 372-1121
michael.martinez@klgates.com
lauren.donahue@klgates.com

Michael Brady
**WARNER NORCROSS + JUDD LLP**
2715 Woodward Ave., Ste. 300
Detroit, MI 48201
Tel: (313) 546-6000
mbrady@wnj.com

*Counsel for Rheem Manufacturing*
*Company and Heat Transfer Products*
*Group, LLC*

\* Admission forthcoming
\*\* Application for admission forthcoming

Tel: (313) 225-7000
zajac@butzel.com

*Counsel for Mitsubishi Electric Trane*
*HVAC US*

/s/ David Marriott
David Marriott (admitted, E.D. Mich.)
**LATHAM & WATKINS LLP**
1271 Ave. of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
david.marriott@lw.com

*Counsel for Trane U.S. Inc.*

8