UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re HVAC Equipment Antitrust Litigation* | Case No. 2:26-cv-10949-SKD-APP<br>Hon. Susan K. DeClercq |

**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE AND PAGE LIMITS FOR DEFENDANTS' PLEADINGS-STAGE MOTIONS**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules for the United States District Court for the Eastern District of Michigan, Plaintiffs—comprising the End-User Indirect Purchaser Plaintiffs ("EUIPPs"), the Direct Purchaser Plaintiffs ("DPPs"), and the Commercial Indirect Purchaser Plaintiffs ("CIPPs") (together, "Plaintiffs"), each as identified in their respective operative complaints—and Defendants Carrier Global Corporation, Viessmann Manufacturing Co. (U.S.), Inc., Daikin Industries, Ltd., Daikin Applied Americas Inc., Daikin Comfort Technologies North America, Inc., ThermalNetics, LLC, Daikin Comfort Technologies Distribution, Inc. f/k/a Goodman Distribution Inc., Rheem Manufacturing Company, Rheem Sales Co., Inc., Lennox International Inc., Allied Air Enterprises LLC, Lennox Industries Inc., Robert Bosch GmbH, Robert Bosch LLC, BHC Residential & Light Commercial LLC, Bosch Home Comfort LLC, AAON, Inc. (Nevada), AAON, Inc. (Oklahoma), AAON Coil Products, Inc.,

BASX, Inc., Trane Technologies plc, Trane U.S. Inc., and Mitsubishi Electric Trane HVAC US LLC (collectively, "Defendants") in the actions styled *In re HVAC Equipment Antitrust Litigation*, No. 2:26-cv-10949-SKD-APP (E.D. Mich.) stipulate and move as follows:

**BRIEFING SCHEDULE AND PAGE LIMITS**

1. Defendants' single, consolidated motion to dismiss the operative Amended Complaints (ECF Nos. 129; 130; 133) pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Defendants' Consolidated Rule 12(b)(6) Motion to Dismiss") shall be filed on or before October 9, 2026 and the brief in support shall be limited to 50 pages.[1]

2. Plaintiffs' consolidated brief in opposition to Defendants' Consolidated Rule 12(b)(6) Motion to Dismiss shall be filed on or before December 8, 2026, and shall be limited to 50 pages.

3. Defendants' consolidated reply in further support of Defendants' Consolidated Rule 12(b)(6) Motion to Dismiss shall be filed on or before January 22, 2027, and shall be limited to 25 pages.

[1] All page limits in this stipulation exclude captions, signatures, tables of contents or authorities, a concise statement of the issues presented, a concise statement of the controlling or most appropriate authority for the relief sought or opposed, and accompanying declarations and exhibits.

4. In addition, individual Defendants or Defendant Groups[2] may file individual motions to dismiss the operative Amended Complaints pursuant to Federal Rule of Civil Procedure 12(b)(6) on grounds not raised in Defendants' Consolidated Rule 12(b)(6) Motion to Dismiss, and/or pursuant to Federal Rule of Civil Procedure 12(b)(2) ("Individual Motions to Dismiss"). Individual Motions to Dismiss shall follow the same briefing schedule set forth above. A brief in support of an Individual Motion to Dismiss on behalf of an individual Defendant or Defendant Group shall be limited to 20 pages. Oppositions to such motions shall be limited to 20 pages. Replies in further support of such motions shall be limited to 10 pages.

**<u>RESERVATION OF RIGHTS</u>**

5. Each Defendant's entry of this Stipulation is without prejudice to any defense or objection it may have, including without limitation, defenses based upon lack of personal jurisdiction, subject matter jurisdiction, arbitration, class waivers,

[2] Defendant Groups are: (1) AAON Defendants; (2) Bosch Defendants; (3) Carrier Defendants; (4) Daikin Defendants; (5) Lennox Defendants; (6) Mitsubishi Electric Trane HVAC US LLC ("METUS"); (7) Rheem Defendants, and (8) Trane Defendants (excluding METUS). To be clear, if a Defendant Group files an Individual Motion to Dismiss, its corporate family members may not file additional Individual Motions to Dismiss, or if one individual Defendant within a Defendant Group files an Individual Motion to Dismiss, other individual Defendants within that Defendant Group may not file additional Individual Motions to Dismiss. Thus, there shall be no more than 8 Individual Motions to Dismiss. For the avoidance of doubt, motions based on arbitration, if any, are not Individual Motions to Dismiss.

or venue. Nothing herein shall compromise, prejudice, or waive any such defense or objection of any Defendant.

**IT IS SO ORDERED.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: September 3, 2026

**STIPULATED BETWEEN:**

Dated: August 28, 2026

Respectfully submitted,

*/s/ Stephen J. Teti*
Stephen J. Teti
**LOCKRIDGE GRINDAL NAUEN PLLP**
265 Franklin St., Ste. 1702
Boston, MA 02110
Tel: (617) 456-7701
sjteti@locklaw.com

Brian D. Clark
Laura M. Matson
Olivia T. Levinson
Madison J. Gaffney (admission pending)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Ave. South, Ste. 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
bdclark@locklaw.com
lmmatson@locklaw.com
otlevinson@locklaw.com
mjgaffney@locklaw.com

Kyle J. Pozan
Consuela Abotsi-Kowu (admission pending)
**LOCKRIDGE GRINDAL NAUEN PLLP**
1165 North Clark St., Ste. 700
Chicago, IL 60610
Tel: (312) 470-4333
kjpozan@locklaw.com
cmabotsi-kowu@locklaw.com

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 North Cityfront Plaza Dr., Ste. 2410
Chicago, IL 60611
Tel: (708) 628-4949
steve@hbsslaw.com

Shana E. Scarlett
Eli R. Freedman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Ave., Ste. 300
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
eli.freedman@hbsslaw.com

Breanna Van Engelen
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Ste. 2000
Seattle, WA 98101
Tel: (206) 623-7292
breannav@hbsslaw.com

E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
Dana E. Fraser (P82873)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com

def@millerlawpc.com

*Interim Co-Lead Class Counsel for End User Indirect Purchaser Plaintiffs*

***/s/ Paul F. Novak***
Paul F. Novak (P39524)
Diana Gjonaj (P74637)
Michael P. Piggins (P81240)
**WEITZ & LUXENBERG P.C.**
The Fisher Building
3011 W. Grand Boulevard, Floor 24
Detroit, MI 48202
Telephone: (313) 800-4170
pnovak@weitzlux.com
dgjonaj@weitzlux.com
mpiggins@weitzlux.com

*Liaison Counsel for the Direct Purchaser Class*

Patrick McGahan
Michael Srodoski
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

Karin E. Garvey
Fatima Brizuela
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor

Christopher Burke
Yifan (Kate) Lv
**BURKE LLP**
402 West Broadway, Suite 1890
San Diego, CA 92101
Telephone: (619) 369-8244
cburke@burke.law
klv@burke.law

David E. Kovel
Thomas W. Elrod
Sarah E. Flohr
James Isacks
**KIRBY McINERNEY LLP**
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: (212) 371-6600
dkovel@kmllp.com
telrod@kmllp.com
sflohr@kmllp.com
jisacks@kmllp.com

Robert J. Gralewski, Jr.
**KIRBY McINERNEY LLP**
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
Telephone: (858) 834-2044
bgralewski@kmllp.com

Joseph R. Saveri
Cadio Zirpoli
Ronnie Spiegel*
Ivy Arai Tabbara*

New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6443
kgarvey@scott-scott.com
fbrizuela@scott-scott.com

Patrick Coughlin
Carmen Medici
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 798-5325
Facsimile: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com

Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua J. Rissman
Anthony J. Stauber
Gabrielle M. Kolb
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
tstauber@gustafsongluek.com
gkolb@gustafsongluek.com

Dennis Stewart
**GUSTAFSON GLUEK PLLC**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299

Drew M. Morgan
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
rspiegel@saverilawfirm.com
itabbara@saverilawfirm.com
dmorgan@saverilawfirm.com
* Located in Washington State

Kimberly A. Justice
**JUSTICE JAGHER LONDON**
**& MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
Telephone: (484) 243-6335
kjustice@jjlmlaw.com

William H. London
Michael E. Moskovitz
Samantha M. Gupta
Kara S. Smith
**JUSTICE JAGHER LONDON**
**& MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
blondon@jjlmlaw.com
mmoskovitz@jjlmlaw.com
sgupta@jjlmlaw.com
ksmith@jjlmlaw.com

*Plaintiffs' Steering Committee for the Direct Purchaser Class*

dstewart@gustafsongluek.com

Stuart A. Davidson
Mark J. Dearman
Nicolle B. Brito
Facundo M. Scialpi
Isabelle Klayman
**ROBBINS GELLER RUDMAN & DOWD LLP**
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
sdavison@rgrdlaw.com
mdearman@rgrdlaw.com
nbrito@rgrdlaw.com
fscialpi@rgrdlaw.com
iklayman@rgrdlaw.com

*Interim Co-Lead Class Counsel for the Direct Purchaser Class*

*/s/ Gerard V. Mantese*
Gerard V. Mantese (#P34424)
Kathryn Regan Eisenstein (#P66371)
**MANTESE HONIGMAN, PC**
1361 E. Big Beaver Road
Troy, MI 48083
Telephone: (248) 457-9200
gmantese@manteselaw.com
keisenstein@manteselaw.com

*Liaison Counsel for the Commercial Indirect Purchaser Plaintiffs Class*

Michael J. Flannery
**CUNEO GILBERT FLANNERY & LADUCA, LLP**
Two CityPlace Drive

*/s/ Sterling Aldridge*
Sterling Aldridge
Katherine Barrett Riley
**BARRETT LAW GROUP, P.A.**
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
saldridge@barrettlawgroup.com
kbriley@barrettlawgroup.com

Marco Cercone
**RUPP PFALZGRAF LLC**
1600 Liberty Building
424 Main Street
Buffalo, NY 14202
Telephone: (716) 854-3400
cercone@rupppfalzgraf.com

Second Floor
St. Louis, MO 63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

Evelyn Riley
Cody McCracken
**CUNEO GILBERT FLANNERY & LADUCA, LLP**
2445 M Street, NW
Washington, DC 20037
Telephone: (202) 789-3960
evelyn@cuneolaw.com
cmccracken@cuneolaw.com

David M. Cialkowski
**ZIMMERMAN REED LLP**
1100 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Telephone: (612) 341-0400
david.cialkowski@zimmreed.com

*Interim Co-Lead Counsel for the Commercial Indirect Purchaser Plaintiffs Class*

Joseph J. DePalma
**LITE DEPALMA GREENBERG & AFANADOR, LLC**
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
jdepalma@litedepalma.com

Laura K. Mummert
Steven J. Greenfogel

**LITE DEPALMA GREENBERG & AFANADOR, LLC**
1515 Market Street, Suite 1200
Philadelphia, PA 19102
Telephone: (267) 314-7980
lmummert@litedepalma.com
sgreenfogel@litedepalma.com

*Counsel for the Commercial Indirect Purchaser Plaintiffs and the Proposed Classes*

*/s/ Dylan I. Ballard*
Michael W. Scarborough
Dylan I. Ballard
**VINSON & ELKINS LLP**
555 Mission St., Ste. 2000
San Francisco, CA 94105
Tel.: (415) 979-6900
mscarborough@velaw.com
dballard@velaw.com

Craig P. Seebald
**VINSON & ELKINS LLP**
2000 Pennsylvania Ave., Ste. 500 W.
Washington, DC 20037
Tel.: (202) 639-6500
cseebald@velaw.com

*Counsel for AAON, Inc. (Nevada), AAON, Inc. (Oklahoma), AAON Coil Products, Inc., and BASX, Inc.*

*/s/ Leah A. Hamlin*
K. Winn Allen
Leah A. Hamlin
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel: (202) 389-5000
winn.allen@kirkland.com
leah.hamlin@kirkland.com

Devin S. Anderson
**KIRKLAND & ELLIS LLP**
95 State St.
Salt Lake City, UT 84111
Tel: (801) 877-8100
devin.anderson@kirkland.com

*/s/ Mark H. Hamer*
Mark H. Hamer
Mark G. Weiss
**BAKER MCKENZIE LLP**
815 Connecticut Ave. N.W.
Washington, DC 20006
Tel: (202) 452-7000
mark.hamer@bakermckenzie.com
mark.weiss@bakermckenzie.com

Howard B. Iwrey (P39635)
**DYKEMA GOSSETT PLLC**
39577 Woodward Ave.
Bloomfield Hills, MI 48304
Tel: (248) 203-0700
hiwrey@dykema.com

Cody D. Rockey (P78653)
**DYKEMA GOSSETT PLLC**
2723 S. State St., Ste. 400
Ann Arbor, MI 48104
Tel: (734) 214-7660
crockey@dykema.com

*Counsel for Robert Bosch LLC; BHC Residential & Light Commercial LLC; Bosch Home Comfort LLC, Bosch Thermotechnology Corp., and Robert Bosch GmbH*

*/s/ Brian Byrne*
Brian Byrne
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
151 University Avenue
Palo Alto, CA 94301
Tel: (650) 815-4110
bbyrne@cgsh.com

Andrew C. Goetz (P71410)
**MILLER JOHNSON**
500 Woodward Ave., Ste. 3600
Detroit, MI 48226
Tel: (313) 435-2292
goetza@millerjohnson.com

*Counsel for Carrier Global Corp. and Viessmann Manufacturing Co. (U.S.), Inc.*

***/s/ James H. Weingarten***
James H. Weingarten
Anastasia Pastan
**MILBANK LLP**
1101 New York Ave. N.W.
Washington, DC 20005
Tel.: (202) 835-7500
jweingarten@milbank.com
apastan@milbank.com

David A. Ettinger
**HONIGMAN LLP**
660 Woodward Ave., Ste. 2290
Detroit, MI 48226
Tel: (313) 465-7368
dettinger@honigman.com

*Counsel for Lennox International, Inc., Lennox Industries Inc., and Allied Air Enterprises LLC*

***/s/ Lauren N. Dohanue***
Michael E. Martínez
Lauren Norris Donahue
**K&L GATES LLP**
70 W. Madison St., Ste. 3300
Chicago, IL 60602
Tel: (312) 372-1121

C. Lawrence Malm
Elsbeth Bennett
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Ave., N.W.
Washington, DC 20037
Tel: (202) 974-1500
lmalm@cgsh.com
ebennett@cgsh.com

Perrin Rynders (P38221)
**VARNUM LLP**
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0355
Tel.: (616) 336-6000
prynders@varnumlaw.com

Mark J. Chasteen (P81936)
**VARNUM LLP**
101 N. Main St., Ste. 525
Ann Arbor, MI 48104
Tel.: (734) 372-2900
mjchasteen@varnumlaw.com

*Counsel for Daikin Industries, Ltd., Daikin Comfort Technologies North America, Inc., Daikin Applied Americas Inc., Daikin Comfort Technologies Distribution, Inc. f/k/a Goodman Distribution Inc., and ThermalNetics, LLC*

***/s/ Colleen M. Lauerman***
Colleen M. Lauerman
Jeffrey T. Green
**Green Lauerman Chartered PLLC**
1050 30th St NW
Washington, DC 20007
Tel: (202) 213-9795

michael.martinez@klgates.com
lauren.donahue@klgates.com

Michael Brady
**WARNER NORCROSS + JUDD LLP**
2715 Woodward Ave., Ste. 300
Detroit, MI 48201
Tel: (313) 546-6000
mbrady@wnj.com

*Counsel for Rheem Manufacturing Company and Rheem Sales Co., Inc.*

colleen@glclaw.net

Mitchell Zajac
Butzel Long
150 W. Jefferson Avenue Suite 100
Detroit, MI 48226
Tel: (313) 225-7000
zajac@butzel.com

*Counsel for Mitsubishi Electric Trane HVAC US*

***/s/ David Marriott***

David Marriott (admitted, E.D. Mich.)
Lawrence E. Buterman
**LATHAM & WATKINS LLP**
1271 Ave. of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
david.marriott@lw.com
lawrence.buterman@lw.com

Belinda S Lee
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
belinda.lee@lw.com

Anna M. Rathbun
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
anna.rathbun@lw.com

Kimberly L. Scott (P69706)

**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
101 North Main, 7th Floor
Ann Arbor, MI 48104
(734) 668-7696
Scott@millercanfield.com

A. Michael Palizzi (P47262)
**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
150 W. Jefferson Ave., Suite 2500
Detroit, MI 48226
(313) 496-7645
Palizzi@millercanfield.com

*Counsel for Trane U.S. Inc. and Trane Technologies plc*