**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| IN RE HVAC EQUIPMENT ANTITRUST LITIGATION<br><br>*This document relates to:*<br><br>*End-User Indirect Purchaser Plaintiffs' Action* | Case No. 2:26-cv-10949-SKD-APP<br>Hon. Susan K. DeClercq |

**STIPULATION AND ORDER REGARDING END-USER INDIRECT PURCHASER PLAINTIFF PURCHASES PRIOR TO JANUARY 1, 2020 AND BRIEFING SCHEDULE AND PAGE LIMITS FOR DEFENDANTS' MOTION TO STAY PENDING ARBITRATION**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules for the United States District Court for the Eastern District of Michigan, the End-User Indirect Purchaser Plaintiffs ("EUIPPs"), as identified in their operative complaint, and Defendants Carrier Global Corporation, Viessmann Manufacturing Co. (U.S.), Inc., Daikin Industries, Ltd., Daikin Applied Americas Inc., Daikin Comfort Technologies North America, Inc., ThermalNetics, LLC, Rheem Manufacturing Company, Rheem Sales Co., Inc., Lennox International Inc., Allied Air Enterprises LLC, Lennox Industries Inc., Robert Bosch GmbH, Robert Bosch LLC, BHC Residential & Light Commercial LLC, Bosch Home Comfort LLC, AAON, Inc. (Nevada), AAON, Inc. (Oklahoma), AAON Coil Products, Inc., BASX, Inc., Trane Technologies plc, Trane U.S. Inc., and Mitsubishi Electric Trane

HVAC US LLC (collectively, "Defendants") in the actions styled *In re HVAC Equipment Antitrust Litigation*, No. 2:26-cv-10949-SKD-APP (E.D. Mich.) stipulate and move as follows:

**PURCHASES PRIOR TO JANUARY 1, 2020**

1. WHEREAS, the current start of the EUIPPs' putative class period is January 1, 2020; and

2. WHEREAS, EUIPPs reserve the right to seek to amend their complaint to allege that the conduct at issue in this case started earlier than January 1, 2020.

3. IT IS HEREBY STIPULATED AND AGREED by and between EUIPPs and Defendants that, by not seeking to enforce arbitration now for purchases made prior to January 1, 2020, Defendants do not waive any arguments relating to arbitration in this litigation.

**BRIEFING SCHEDULE AND PAGE LIMITS**

4. Defendants may file two separate motions to stay the EUIPP litigation pending arbitration ("Arbitration Motions"), one addressing purchases from one or more Daikin entities and one addressing purchases from one or more Lennox entities. Defendants' briefs in support of the Arbitration Motions shall be limited to

42 pages each.[1] Defendants shall file their Arbitration Motions on or before October 9, 2026.

5. EUIPPs' responses to the Arbitration Motions shall be limited to 42 pages each. EUIPPs shall file their oppositions to Defendants' Arbitration Motions on or before December 8, 2026.

6. Defendants' replies in further support of the Arbitration Motions shall be limited to 21 pages each. Defendants shall file their replies in further support of their Arbitration Motions on or before January 22, 2027.

## RESERVATION OF RIGHTS

7. Each Defendant's entry of this Stipulation, is without prejudice to any defense or objection it may have, including without limitation defenses based upon lack of personal jurisdiction, subject matter jurisdiction, statute of limitations, arbitration, class waivers, or venue. Nothing herein shall compromise, prejudice, or waive any such defense or objection of any Defendant.

8. Nothing herein shall compromise, prejudice, or waive any rights or claims of any EUIPP. By entering this Stipulation, the EUIPPs do not concede, and

[1] All page limits in this stipulation exclude captions, signatures, tables of contents or authorities, a concise statement of the issues presented, a concise statement of the controlling or most appropriate authority for the relief sought or opposed, and accompanying declarations and exhibits.

expressly reserve the right to contest, the existence of any enforceable arbitration provision between any Defendant and any EUIPP.

**IT IS SO ORDERED.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: September 21, 2026

**STIPULATED AND AGREED TO BY:**

Dated: September 16, 2026

Respectfully submitted,

*/s/ Stephen J. Teti*
Stephen J. Teti
**LOCKRIDGE GRINDAL NAUEN PLLP**
265 Franklin St., Ste. 1702
Boston, MA 02110
Tel: (617) 456-7701
sjteti@locklaw.com

Brian D. Clark
Laura M. Matson
Olivia T. Levinson
Madison J. Gaffney (admission pending)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Ave. South, Ste. 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
bdclark@locklaw.com
lmmatson@locklaw.com
otlevinson@locklaw.com
mjgaffney@locklaw.com

Kyle J. Pozan
Consuela Abotsi-Kowu (admission pending)
**LOCKRIDGE GRINDAL NAUEN PLLP**
1165 North Clark St., Ste. 700
Chicago, IL 60610
Tel: (312) 470-4333
kjpozan@locklaw.com
cmabotsi-kowu@locklaw.com

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 North Cityfront Plaza Dr., Ste. 2410
Chicago, IL 60611
Tel: (708) 628-4949
steve@hbsslaw.com

Shana E. Scarlett
Eli R. Freedman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Ave., Ste. 300
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
eli.freedman@hbsslaw.com

Breanna Van Engelen
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Ste. 2000
Seattle, WA 98101
Tel: (206) 623-7292
breannav@hbsslaw.com

E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
Dana E. Fraser (P82873)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com

def@millerlawpc.com

*Interim Co-Lead Class Counsel for End User Indirect Purchaser Plaintiffs*

***/s/ Dylan I. Ballard***
Michael W. Scarborough
Dylan I. Ballard
**VINSON & ELKINS LLP**
555 Mission St., Ste. 2000
San Francisco, CA 94105
Tel.: (415) 979-6900
mscarborough@velaw.com
dballard@velaw.com

Craig P. Seebald
**VINSON & ELKINS LLP**
2000 Pennsylvania Ave., Ste. 500 W.
Washington, DC 20037
Tel.: (202) 639-6500
cseebald@velaw.com

*Counsel for AAON, Inc. (Nevada), AAON, Inc. (Oklahoma), AAON Coil Products, Inc., and BASX, Inc.*

***/s/ Leah A. Hamlin***
K. Winn Allen
Leah A. Hamlin
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel: (202) 389-5000
winn.allen@kirkland.com
leah.hamlin@kirkland.com

Devin S. Anderson
**KIRKLAND & ELLIS LLP**
95 State St.

***/s/ Mark H. Hamer***
Mark H. Hamer
Mark G. Weiss
**BAKER MCKENZIE LLP**
815 Connecticut Ave. N.W.
Washington, DC 20006
Tel: (202) 452-7000
mark.hamer@bakermckenzie.com
mark.weiss@bakermckenzie.com

Howard B. Iwrey (P39635)
**DYKEMA GOSSETT PLLC**
39577 Woodward Ave.
Bloomfield Hills, MI 48304
Tel: (248) 203-0700
hiwrey@dykema.com

Cody D. Rockey (P78653)
**DYKEMA GOSSETT PLLC**
2723 S. State St., Ste. 400
Ann Arbor, MI 48104
Tel: (734) 214-7660
crockey@dykema.com

*Counsel for Robert Bosch LLC; BHC Residential and Light Commercial LLC; Bosch Home Comfort LLC, and Robert Bosch GmbH*

***/s/ Brian Byrne***
Brian Byrne
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
151 University Avenue

Salt Lake City, UT 84111
Tel: (801) 877-8100
devin.anderson@kirkland.com

Andrew C. Goetz (P71410)
**MILLER JOHNSON**
500 Woodward Ave., Ste. 3600
Detroit, MI 48226
Tel: (313) 435-2292
goetza@millerjohnson.com

*Counsel for Carrier Global Corp. and Viessmann Manufacturing Co. (U.S.), Inc.*

***/s/ James H. Weingarten***
James H. Weingarten
Anastasia Pastan
**MILBANK LLP**
1101 New York Ave. N.W.
Washington, DC 20005
Tel.: (202) 835-7500
jweingarten@milbank.com
apastan@milbank.com

David A. Ettinger
**HONIGMAN LLP**
660 Woodward Ave., Ste. 2290
Detroit, MI 48226
Tel: (313) 465-7368
dettinger@honigman.com

*Counsel for Lennox International, Inc., Lennox Industries Inc., and Allied Air Enterprises LLC*

***/s/ Lauren N. Donahue***
Michael E. Martínez
Lauren Norris Donahue

Palo Alto, CA 94301
Tel: (650) 815-4110
bbyrne@cgsh.com

C. Lawrence Malm
Elsbeth Bennett
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Ave., N.W.
Washington, DC 20037
Tel: (202) 974-1500
lmalm@cgsh.com
ebennett@cgsh.com

Perrin Rynders (P38221)
**VARNUM LLP**
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0355
Tel.: (616) 336-6000
prynders@varnumlaw.com

Mark J. Chasteen (P81936)
**VARNUM LLP**
101 N. Main St., Ste. 525
Ann Arbor, MI 48104
Tel.: (734) 372-2900
mjchasteen@varnumlaw.com

*Counsel for Daikin Industries, Ltd., Daikin Comfort Technologies North America, Inc.,Daikin Applied Americas Inc., and ThermalNetics, LLC*

***/s/ Colleen M. Lauerman***
Colleen M. Lauerman
Jeffrey T. Green
**Green Lauerman Chartered PLLC**
1050 30th St NW

**K&L GATES LLP**
70 W. Madison St., Ste. 3300
Chicago, IL 60602
Tel: (312) 372-1121
michael.martinez@klgates.com
lauren.donahue@klgates.com

Michael Brady
**WARNER NORCROSS + JUDD LLP**
2715 Woodward Ave., Ste. 300
Detroit, MI 48201
Tel: (313) 546-6000
mbrady@wnj.com

*Counsel for Rheem Manufacturing Company and Rheem Sales Co., Inc.*

Washington, DC 20007
Tel: (202) 213-9795
colleen@glclaw.net

Mitchell Zajac
Butzel Long
150 W. Jefferson Avenue Suite 100
Detroit, MI 48226
Tel: (313) 225-7000
zajac@butzel.com

*Counsel for Mitsubishi Electric Trane HVAC US*

***/s/ David Marriott***

David Marriott (admitted, E.D. Mich.)
Lawrence E. Buterman
**LATHAM & WATKINS LLP**
1271 Ave. of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
david.marriott@lw.com
lawrence.buterman@lw.com

Belinda S Lee
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
belinda.lee@lw.com

Anna M. Rathbun
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
anna.rathbun@lw.com

Kimberly L. Scott (P69706)
**MILLER, CANFIELD, PADDOCK, AND STONE, P.L.C**
101 North Main, 7th Floor
Ann Arbor, MI 48104
(734) 668-7696
Scott@millercanfield.com

A. Michael Palizzi (P47262)
**MILLER, CANFIELD, PADDOCK, AND STONE, P.L.C**
150 W. Jefferson Ave., Suite 2500
Detroit, MI 48226
(313) 496-7645
Palizzi@millercanfield.com

*Counsel for Trane U.S. Inc. and Trane Technologies plc*