**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| IN RE HVAC EQUIPMENT ANTITRUST LITIGATION<br><br>*This document relates to: All Actions* | Case No. 26-cv-10949<br><br>Hon. Susan K. Declercq |

# HONIGMAN LLP's NOTICE OF SCREENING PURSUANT TO MICHIGAN RULE OF PROFESSIONAL CONDUCT 1.12(c)

Honigman LLP ("Honigman"), counsel to Defendants Lennox International, Inc., Lennox Industries, Inc. and Allied Air Enterprises, LLC, hereby gives written notice to this Court and the parties that Tess Haadsma, who served as a law clerk for the Honorable Susan K. DeClercq, Judge of the United States District Court for the Eastern District of Michigan, from August 2024 to August 2026, while this case was pending before Judge DeClercq in the United States District Court for the Eastern District of Michigan, joined Honigman on October 12, 2026.

Pursuant to Michigan Rule of Professional Conduct 1.12(c), Honigman has screened Ms. Haadsma from Honigman's representation of Lennox International, Inc., Lennox Industries, Inc. and Allied Air Enterprises, LLC in this matter. Specifically, the following screening procedures were implemented by Honigman:

- A memo was distributed to the entire Honigman firm (all attorneys and staff) on October 12, 2026, giving notice of the screen;

- Ms. Haadsma has acknowledged the screen and her responsibility to preserve and to not disclose any confidences she may have regarding this case;
- A memo was sent to each Honigman attorney representing Lennox International, Inc., Lennox Industries, Inc. and Allied Air Enterprises, LLC in this matter with instructions to (1) not discuss this matter with Ms. Haadsma; and (2) not allow Ms. Haadsma access to the files of Lennox International, Inc., Lennox Industries, Inc. and Allied Air Enterprises, LLC for this matter, and those attorneys have acknowledged that requirement;
- The Honigman Record Services Department has been instructed to not allow Ms. Haadsma access to the files of Lennox International, Inc., Lennox Industries, Inc. and Allied Air Enterprises, LLC for this matter, and hard copies will be appropriately labeled; and
- A screening restriction has been entered into Honigman's document management system preventing Ms. Haadsma from accessing Honigman's electronic files or documents for this matter.

In addition, Ms. Haadsma will not be apportioned any part of the fees that Honigman earns through its representation of Lennox International, Inc., Lennox Industries, Inc. and Allied Air Enterprises, LLC, in this matter.

This notice is given pursuant to the requirement of Michigan Rule of Professional Conduct 1.12(c)(2).

Dated: October 21, 2026

Respectfully submitted,

*/s/ David A. Ettinger*
David A. Ettinger (P26537)
**HONIGMAN LLP**
660 Woodward Ave., Ste. 2290
Detroit, MI 48226
Tel: (313) 465-7368
dettinger@honigman.com

*Counsel for Lennox International, Inc., Lennox Industries Inc., and Allied Air Enterprises LLC*

**CERTIFICATE OF SERVICE**

I certify that on October 21, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all counsel of record.

By: */s/ David A. Ettinger*
David A. Ettinger (P26537)